**454**

Also, in *George v. McLuckie*, 227 S.W.3d 503, 506 (Mo.App.W.D.2007), the victim complained the accused had driven by her place of employment and "flipped her off" on a couple of occasions, had called her at work and not left a message on one occasion, and had sent her several text messages. One of the text messages stated "Stay off Turner Street psycho bitch (spelled backwards)," and the other stated "does your husband know maybe he should." *Id.* The court found the trial court had erred in entering the order of protection because the victim failed to present substantial evidence demonstrating by a preponderance of the evidence that the conduct of the accused caused her fear of danger of physical harm and, thus, constituted stalking. *Id.* at 510.

Here, A.L. did not threaten any physical harm in the text messages. While he did attempt to summon E.M.B. to his house in the middle of the night by getting her to deliver a pizza to him at 1:53 a.m., there is no evidence he did anything to cause E.M.B. to fear physical harm. Also, in the videotaping incident, A.L. did not do anything to cause E.M.B. to fear physical harm. Thus, we find it was not reasonable for E.M.B. to fear she was in danger of physical harm based upon A.L.'s pattern of behavior. While this behavior is certainly unwanted and inappropriate, it does not amount to stalking, which is at issue here.

Therefore, we find the trial court erred in granting a full order of protection in favor of E.M.B. Point granted.

The judgment of the trial court is reversed.

Kurt S. Odenwald, P.J. and Gary M. Gaertner, Jr., J., concur.

No. ED 101738

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: May 19, 2015

Amanda Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Atty. Gen., Daniel N. McPherson, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

### PER CURIAM

The defendant, William Prada, appeals the judgment entered by the Circuit Court of the City of St. Louis following his conviction by the trial court of one count of second-degree assault. The State charged the defendant with three counts of first-degree assault and three corresponding counts of armed criminal action for firing a gun in the direction of three persons in an alley. The trial court acquitted the defendant on five of the six charges, and found him guilty of second-degree assault as to

one victim. The trial court sentenced the defendant to five years of imprisonment for second-degree assault, suspended execution of his sentence, and placed him on two years of supervised probation. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).

**Richard CREWS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101514**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: May 26, 2015

Matthew Huckeby, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM

Richard Crews ("Movant") appeals from the motion court's denial of his Rule 29.15 postconviction relief motion after an evidentiary hearing. After a jury trial, Movant was convicted of seven counts of second-degree burglary, in violation of Section 569.170, RSMo (2000), and three counts of felony stealing over $500, in violation of Section 570.030, RSMo (2013). He was sentenced as a prior and persistent offender to a total of 63 years in prison.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).

**Victor R. MOORE, Sr., Appellant,**

v.

**MBR MANAGEMENT CORPORATION d/b/a Dominos Pizza, Respondent.**

**No. ED 102132**

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: May 26, 2015